AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 19-6142-Hunt |
| DANIELLE TAKEILA EDMONSON and KENNETH ROGER EDMONSON, | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2015 - 2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 287 | False, Fictitious, and Fraudulent Claims |
| 18 U.S.C. § 1341 | Mail Fraud |
| 18 U.S.C. § 1001 | False Statements |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Stephan George, IRS-CI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __03/29/2019__

_____
Judge's signature

City and state: __Miami, Florida__

U.S. Magistrate Judge Patrick M. Hunt
Printed name and title

## Affidavit in Support of Complaint

I, Stephan George, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Internal Revenue Service ("IRS") Criminal Investigative Division ("IRS-CI"), Miami Field Office. I have been involved in numerous investigations involving tax fraud and money laundering.

2. This affidavit is submitted in support of a criminal complaint charging the defendants Danielle Takeila Edmonson ("D. Edmonson") and Kenneth Roger Edmonson ("K. Edmonson") with filing false claims (in violation of 18 U.S.C. § 287), mail fraud (in violation of 18 U.S.C. § 1341) and false statements (in violation of 18 U.S.C. § 1001).

3. The facts contained within this affidavit are both personally known by me, as well as relayed to me by others, including members of law enforcement and other witnesses. This affidavit sets forth only those facts that I believe are necessary to establish probable cause. As such, I have not included each and every fact known about this investigation.

## Overview

4. This case began when the IRS uncovered lottery ticket tax-refund claims filed by D. Edmonson and K. Edmonson seeking individual refunds ranging from hundreds of thousands of dollars to as high as eighty million dollars. The investigation has revealed that D. Edmonson and K. Edmonson filed fraudulent tax returns seeking a total of approximately $175 million in refunds from 2015 through 2018. Despite the false nature of these claims, the Department of Treasury paid out approximately $3.4 million in refunds to D. Edmonson and K. Edmonson through the issuance of U.S. Treasury checks.

5. D. Edmonson has a Master's Degree in Business Administration from Nova Southeastern University and is the daughter of K. Edmonson. K. Edmonson has certifications as

a barber and concrete delivery professional. D. Edmonson and K. Edmonson submitted tax returns with false and fictitious claims of taxes withheld to justify the large refund claims.

### Tax Refund Fraud Evidence Against D. Edmonson

Tax Year 2014

6. On or about August 11, 2015, D. Edmonson filed a tax return with the IRS seeking a refund of $239,700 listing an address in Fort Lauderdale, Florida. The return included a number of fraudulent handwritten forms purportedly from entities such as the U.S. Treasury and Citibank falsely indicating that D. Edmonson had paid over $300,000 in taxes. All of the attached forms were fictitious. The IRS did not receive corresponding copies of any of these forms from the purported payers. The return bears the signature of D. Edmonson.

7. On or about September 21, 2015, based on this return, the U.S. Department of Treasury issued a tax refund check to D. Edmonson for $239,700. The Department of Treasury mailed this check from Kansas City, Missouri to D. Edmonson's address in Fort Lauderdale, Florida via the U.S. Postal Service.

8. On or about October 9, 2015, D. Edmonson deposited this tax refund check into an account at Regions Bank. Based on the bank records, D. Edmonson subsequently used these funds to purchase a BMW for approximately $53,000 and to make a cash withdrawal of approximately $60,000.

Tax Year 2015

9. On or about March 7, 2017, D. Edmonson filed a tax return seeking a refund of approximately $80,112,167 listing an address in Fort Lauderdale, Florida. The return included a number of fraudulent handwritten forms purportedly from entities such as the U.S. Treasury, Board of County Commissioner, and various corporations that falsely indicated that D. Edmonson had

paid over $141 million in taxes. All of the attached forms were fictitious. The IRS did not receive corresponding copies of any of these forms from the purported payers. The return bears the signature of D. Edmonson. D. Edmonson also filed a similar tax return for approximately $80 million that the IRS rejected.

Tax Years 2016

10. On or about September 4, 2017, D. Edmonson filed a tax return with the IRS seeking a refund of approximately $2,405,073 listing an address in Fort Lauderdale, Florida. The return includes forms indicating that D. Edmonson had received millions of dollars in interest income with corresponding amounts of withheld taxes. The IRS did not receive any corresponding forms from the payers of these taxes to support this claim. The IP address used to file the return traces back to the residence of D. Edmonson

11. On or about October 31, 2017, based on this tax return, the U.S. Department of Treasury issued a tax refund check to D. Edmonson for $2,405,193 and mailed it to D. Edmonson. The Treasury Department mailed this check from Kansas City, Missouri to D. Edmonson's address in Fort Lauderdale, Florida via the U.S. Postal Service.

12. On or about November 6, 2017, D. Edmonson deposited this tax refund check into her account at Regions Bank in Fort Lauderdale. Surveillance video shows D. Edmonson depositing the refund check into her account.

Tax Year 2017

13. On or about January 14, 2018, D. Edmonson filed a tax return with the IRS seeking a refund of approximately $9,572,279 listing an address in Fort Lauderdale, Florida. The return includes forms indicating that D. Edmonson had received millions of dollars in interest income with corresponding amounts of withheld taxes. This claim was similarly false and fraudulent as

3

the IRS did not receive any corresponding forms to support the payment of these taxes. The IP address used to file the return traces back to the residence of D. Edmonson.

### Evidence from Undercover Operation

14. On or about November 27, 2017, IRS-CI conducted an undercover meeting with D. Edmonson at the IRS offices in Plantation, Florida. During the meeting, Edmonson verified her signature on the tax year 2014 and 2015 returns and admitted filing these returns and the 2016 tax year return. In connection with that return, Edmonson stated that she had received the $4 million of purported interest income from an ancestral indebtedness.

### Evidence from Search Warrant

15. On or about January 18, 2018, IRS-CI conducted a search of the residence of D. Edmonson and K. Edmonson pursuant to a search warrant. IRS-CI found the following items during the search in the bedroom of D. Edmonson:

- A copy of D. Edmonson's 2015 tax year return;
- A copy of a wish list covered in honey seeking a "refund check in the amount of $80,112,167" and a "refund check in the amount of $2,405,193";
- A folder of IRS correspondence notifying D. Edmonson of penalties for filing frivolous and fraudulent tax returns; and
- A letter from the Treasury Department dated June 9, 2017 relating to her tax refund claims stating: "[t]hese documents are worthless. Your demand has no legal validity and is not payable through any federal agency. Your scheme appears to be akin to a fraud."

## Tax Refund Fraud Evidence Against K. Edmonson

16. On or about September 1, 2017, K. Edmonson filed a tax return with the IRS for tax year 2016 seeking a refund of $725,111 listing an address in Fort Lauderdale, Florida. The return contained false and fraudulent claims of interest payments and withholding taxes without supporting documentation. The IRS did not receive any corresponding forms from payers to

4

support the claims of payment of withholding tax. The IP address used to file the return traces back to the residence of K. Edmonson.

17. On or about January 2, 2018, the U.S. Department of Treasury issued a tax refund check to K. Edmonson for $734,266.27 (including $9.036.27 in interest). The Treasury Department mailed this check from Kansas City, Missouri to K. Edmonson's address in Fort Lauderdale, via the U.S. Postal Service.

18. On or about January 8, 2018, surveillance video shows K. Edmonson depositing this tax refund check into his account at Wells Fargo in Fort Lauderdale.

19. On or about January 18, 2018, IRS-CI agents conducted a search warrant at the residence of D. Edmonson. Agents informed K. Edmonson that the approximately $734,000 refund claim was fraudulent. Immediately after agents left the residence, surveillance video shows K. Edmonson went to a Wells Fargo branch and attempted to withdraw funds from the account.

20. Following the search warrant, on or about March 20, 2018, K. Edmonson filed an amended tax return for the 2016 tax year seeking a claimed refund of $825,628. The return again reports false withholding taxes. The IRS did not receive any corresponding forms from payers to support the claims of payment of withholding tax. The return is a paper return that bears the signature of K. Edmonson matching the signature on the signature cards for the bank accounts of K. Edmonson.

**False Statements**

21. On or about May 2, 2017, D. Edmonson executed a U.S. passport application form at the clerk's office in Coconut Creek. This application included a passport photo, date of birth, and an address consistent with the records contained for D. Edmonson in the Florida driver's license records database. The application, however, includes a Social Security number of nine

5

zeros. On or about May 30, 2017, D. Edmonson submitted an affidavit stating under penalties of perjury that D. Edmonson "was never issued a social security number by the social security administration." Even though D. Edmonson states that she never received a Social Security number on this filing with the Department of State, D. Edmonson used a nine-digit Social Security number issued to her at birth in prior year tax returns.

22. On or about May 4, 2017, K. Edmonson executed a U.S. passport application form at the clerk's office in Coconut Creek. This application included a passport photo, date of birth and an address that are consistent with the records contained for K. Edmonson in the Florida driver's license records database. The application, however, includes a Social Security number of nine zeros. The passport application contains a form dated May 4, 2017 signed by K. Edmonson that states, under penalty of perjury, stating that K. Edmonson has "never been issued a Social Security number." Even though K. Edmonson states that he never received a Social Security number on this filing with the Department of State, K. Edmonson used a nine-digit Social Security number issued to him at birth in prior year tax returns.

## Conclusion

23. Based on the foregoing, I respectfully submit that there is probable cause for the following criminal violations:

- On or about the dates of August 11, 2015, March 7, 2017, September 4, 2017, and January 14, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant, Danielle Takeila Edmonson, did knowingly make, present, and file, and cause to be made, presented, and filed with the Internal Revenue Service ("IRS"), an agency of the United States, materially false, fictitious, and fraudulent claims upon and against the IRS and the United States; that is, individual income tax return falsely claiming tax refunds, knowing such claims were false, fictitious, and fraudulent, in violation of Title 18, United States Code, Sections 287 and 2.

- On or about the dates of September 1, 2017 and March 30, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant, Kenneth

6

Roger Edmonson, did knowingly make, present, and file, and cause to be made, presented, and filed with the Internal Revenue Service ("IRS"), an agency of the United States, materially false, fictitious, and fraudulent claims upon and against the IRS and the United States; that is, individual income tax return falsely claiming tax refunds, knowing such claims were false, fictitious, and fraudulent, in violation of Title 18, United States Code, Sections 287 and 2.

- On or about January 2, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant, Kenneth Roger Edmonson, did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly cause to be delivered certain mail matter by U.S. Postal Service, according to the directions thereon, in violation of Title 18, United States Code, Sections 1341 and 2.

- On or about the dates of September 29, 2015 and October 31, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant, Danielle Takeila Edmonson, did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly cause to be delivered certain mail matter by U.S. Postal Service, according to the directions thereon, in violation of Title 18, United States Code, Sections 1341 and 2.

- On or about May 4, 2017, in Broward County, in the Southern District of Florida, the defendant, Kenneth Roger Edmonson, did knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the United States Department of State, in violation of Title 18, United States Code, Section 1001.

- On or about May 30, 2017, in Broward County, in the Southern District of Florida, the defendant, Danielle Takeila Edmonson, did knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the United States Department of State, in violation of Title 18, United States Code, Section 1001.

Further your affiant sayeth naught.

Stephan George, Special Agent
Internal Revenue Service
Criminal Investigation Division

Subscribed and sworn to before me
On March 29, 2019.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-6142-Hunt

UNITED STATES OF AMERICA

vs.

DANIELLE TAKEILA EDMONSON and
KENNETH ROGER EDMONSON,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *[signature]*
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY
Court No.: A5501557
99 N. E. 4th Street, 4th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9445
Email: michael.berger2@usdoj.gov