Special Appearance: Danielle Edmonson EL, Beneficial owner to (EDMONSON, DANIELLE TAKEILA dba DANIELLE TAKEILA EDMONSON TOR)

Testimony in the Form of
Notice of Tort Injury Counter Claim and
Notice To Cease and Desist
[Case No. 19-60086-Cr-ZLOCH ; Case No. 19-MJ-6142-HUNT]

Michael N. Berger et al is hereby notified to cease and desist the unlawful conversion of Danielle Edmonson EL unalienable rights into privileges. Danielle Edmonson EL doing business as Danielle Takeila Edmonson do not "do attorneys" and do not consent to any presumed contract with the corporations in the fictitious complaints known as case no. 19-60086-Cr-ZLOCH ; case no. 19-MJ-6142-HUNT Personam jurisdiction has been challenged, and once challenged must not be ignored. I AM danielle edmonson el, in propia persona, Sui juris, in propio hereules and solo propio at all times. I AM an Aboriginal Indigenous Moorish American National, nothing stands between my self and the Creator (Elohim) of all there is. I am the law and I am exercising all of my rights at this time and at all points in time. You are to state your name and nationality on the record and for the record. You are to cease and desist from asking any further questions or comments. You are commanded to set me free immediately and release all my property immediately and you are to never return. The tort injury fee for applying my private property (my body) for public use is 100 Million.

"Private property is not to be applied for public use without just (compensation) made first thereof."

corporations and their agents are not, neither can be - sovereign.

Page 1

SCANNED

FILED BY __ D.C.
APR 29 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Special Extraordinary Danielle Estiverson EL, Beneficial Owner — to ESTIVERSON, DANIELLE TAKEILA dba
Appearance vs:                                                                    DANIELLE TAKEILA ESTIVERSON)

Futhermore you, your successors and assigns are in violation to the American constitution of 1774 and 1791; the Treaty of Peace and Friendship of 1787 and 1836 between the Moroccan Empire and the United States; Declaration on the Rights of Indigenous People; the United Nations Declaration on the Rights of Indigenous People, Specifically Article 1, 2, 3, 4, 10, 15 and 19.

Jurisdiction: All CORPORATE tribunals lack personam, territorial political and therefore subject matter jurisdiction claims (Article III Section 2 Clause 1). All CORPORATE actors are products of the Foreign Agent Registration Act of 1938. That includes MICHAEL N BERER, ARIANA FAJARDO ORSHAN, et al [28 USC 7214] offensed by officers and employees of the [United States] Guilty of any extortion or willful oppression under color of law. Premeditated agression against Moors is evidenced by the fraudulent labels of BLACK, AFRICAN AMERICAN, NEGRO and COLORED to denationalize the true heirs and creditors, to disconnect Moors from our vast estate and birth rights. Your claim is <u>null and void</u>. States and corporations cannot make treaties and have <u>no jurisdiction</u> between any Moor, and United States citizen is Federal! Converting my divine body into some type of CORPORATION is by fraud and deception. I do not consent! I am on the land and soil and not an "enemy of the STATE". You have injured a living breathing Moor! the fee schedule is signed and attached and Due immediately. This is self executing at 12 hours.

(page 2)

"Once Jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits but rather, should dismiss the action."
Melo v. US, 505 F.2d 1026

"Military is in strict Subordination to the civil" - 1865 constitution a law of government for the people or lawyers

Special Extradition of Danielle Edmonson EL, Beneficial Owner/Master to EDMONSON, appearance DANIELLE EDMONSON dba DANIELLE TAKEILA EDMONSON)

(Page 3)

Testimony in the form of
Tort Injury Fee Schedule for loss damage and Claim for Breach of trust, Breach of treaty with Injunction and constitutional challenge
[Case no. 19-60086-cr-2LOCH, case no. 19-MJ-6142-HUNT]

($750K) — Use of name without consent of a true moor that is the master over thy name

($750K) — unlawful search and seizure of a true moor

($100 Million) — deprivation of God/Elohim given natural unalienable rights without written consent from a true moor

($150K) — unlawful conversion of Religious rights / removal of Turban from head of a true moor

($725K) — denationalization of Status to a corporate brand of a true moor

($100 Million) — blockage of inherited treaty rights secured for a true moor

($750K) — violation of the Supreme law of the land: 1787 Treaty of Peace and Friendship between Morocco and the United States — specifically Article VI, Article VII, Article V

($100 Million) — unlawful detainment and forcing me to be housed by a known non-domestic abuser known as "BROWARD SHERIFF OFFICE" whom an injunction is in place for to stay away from Danielle Edmonson EL, a true moor

($57 Million) — withholding trust funds from the rightful owner and beneficiaries that are Noble Freehold Aboriginal Indigenous Autochthonous Moor/Moors.

Tort Injury Fee Total:
($372,270,000) in lawful Gold backed currency
Pay to: Danielle Edmonson EL
Due: immediately

(Page 3)

By: [signature]
Flesh lives, blood flows
In Propia Persona, Sui Juris,
All rights reserved and retained
"Special Deposit Only"

"This is self executing at 72 hours"

Sui Juris, Danielle Takeila, Beneficial Entity to Ederson, Danielle Takeila
Anderson © (dba Danielle Takeila Ederson)


Page 4

cc: Moorish American Consular
Consular General Taj Tarik Bey
603 Vandever Avenue
Wilmington, Delaware [19802]

Testimony in the form of
Constitutional challenge and including
Substantive law.

"Treaty lawfully entered into stands on same footing of supremacy as do Constitutions and laws of United States, and it is generally self-operating in that it requires no legislation by either congress or the state, treaty must be regarded as part of law of State as much as are State's own statutes, and it may override power of State even in respect of great body of private relations." Hinrigs v. Stanolind Oil & Gas Co. (C.A.5 Tex) 158 F2d, cert dc 1331 US 808, 91 L Ed 1828, 67 S Ct 1191, reh den 331 US 867, 91 LEd 1871, 67 S Ct 1530.

"Courts cannot go behind treaty for purposes of annulling it's effect and operation." Fellows v Blacksmith, 60 US 366, 15 L Ed 684

★ Danielle Edmonson EL treaty rights have been trespass on and violated. Breach of treaty, violation of due
  *deure islamic*
  process of law, lack of personam jurisdiction, ex post facto law, crimes against humanity, Robbery and theft of trust private property, Trustee de son tort activity, Executor de son tort activity

Special Extradinajo (Danielle Edmonson, EL, Beneficial owner to EDMONSON,
Appearance ʌ (DANIELLE TAKEILA dba DANIELLE TAKEILA EDMONSON)

Pg. 5

* Michael N. Berger dba Assistant United States Attorney
  99 N.E. 4th Street
  Miami, Florida [33132]


* Ariana Fajardo Orshan dba United States Attorney
  555 4th St NW
  Washington, District of Columbia [20530]

Patrick M. Hunt dba Magistrate / Zlock
  299 East Broward Boulevard
  Room 205 E
  Fort Lauderdale, Florida [33301]

Angela E. dba Noble Clerk U.S District Court
Southern District of Florida - Miami
  299 East Broward Boulevard
  Fort Lauderdale, Florida [33301]

Brenda D. Forman dba Clerk
  201 S.E 6th Street
  Room 18150
  Fort Lauderdale, Florida [33301]

Gregory Tony dba Broward County Sheriff
  2601 West Broward Boulevard
  Fort Lauderdale, Florida 33312

Spouse/Family? Danielle Edmonson El, Beneficial Owner to EDMONSON, (DANIELLE TAKEILA doing business as DANIELLE TAKEILA EDMONSON.

Page 6

Gabjaces S. Serratta
U.S Marshall
400 North Miami Avenue
6th Floor
Miami, Florida [33128]

Stephan George dba IRS Special Agent / Miami Field Office
7850 SW 6th Court
Plantation, Florida [33324]

Michael Williams dba IRS Agent
7850 SW 6th Court
Plantation, Florida [33324]

Donald Trump dba The President of the United States of America
1600 Pennsylvania Avenue
Washington, District of Columbia

~~Rex Tillerson~~ dba Secretary of ~~the~~ United States
2201 C Street NW
Washington, District of Columbia [20520]

Invision Revenue Service dba The Internal Revenue Service
1111 Constitution Avenue Northwest
Washington, District of Columbia

Kevin McAleenan dba Secretary of The United States Department of Homeland Security
Nebraska Avenue Complex, 3801 Nebraska Avenue NW
Washington, District of Columbia [20016]

(Danielle Edmonson, EL, Beneficial owner to EDMONSON, (DANIELLE TAKEILA doing business as DANIELLE TAKEILA EDMONSON))

Ron De Santis dba Governor of Florida
Office of Governor Ronald De Santis
State of Florida
The Capitol
400 S Monroe Street
Tallahassee, Florida [32399]

Elaine Chao dba Secretary of Transportation
U.S Department of Transportation
1200 New Jersey Avenue, SE
Washington, District of Columbia [20590]

Terrence Lynch dba General Counsel
Broward Sheriff Office Risk Management
115 S. Andrews Avenue
Suite 210, 212
Fort Lauderdale, Florida [33301]

United States Attorney General
William Barr
950 Pennsylvania Avenue, NW
Washington, District of Columbia [20530]



Daniel Fehrman Ehm
c/o 1126 S Federal Hwy
San Fort Lauderdale
Fort Lauderdale, Florida Republic
UAE 8nm05 m83QR

7018 0360 0001 8997 0818

CERTIFIED MAIL

POSTAGE PAID - TAXE PERCUE
UNIVERSAL POSTAL UNION
FOREIGN OF ORIGIN
STAMP/SEAL

Patrick M. Hunt Hoe Magistrate/
Zloch
299 East Broward Boulevard
Room 205 E
Fort Lauderdale, Florida [33301]

B

